IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRUCE ELLIS JOHNSON,

    Petitioner,                    No. CIV S-10-209 JAM GGH P

    vs.

M. MARTEL,

    Respondent.              ORDER

_____/

        Examination of this action and the court's records reveals that the petitioner has previously filed a petition for relief in the same matter.[1]  (No. CIV S-10-0178 WBS KJM P.) Petitioner concedes that due to mail problems, his petition became separated and each part was evidently mailed separately.  He requests a consolidation.  Pursuant to Local Rule 190(d), the above-captioned action will be reassigned to the Judge and Magistrate Judge who considered the prior petition.

        The parties should be aware that reassigning this action under Local Rule 190(d) merely has the result that the action is assigned to the Judge and Magistrate Judge who considered the prior petition; while in this case the original judge may well decide to consolidate

---

[1] A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1  the two "different" actions, no consolidation of the actions is effected by this order.

2         Accordingly, IT IS HEREBY ORDERED that:

3         1. This action is reassigned to District Judge Shubb and Magistrate Judge Mueller for all further proceedings; henceforth, the caption on documents filed in this action shall be shown as No. CIV S-10-0209 WBS KJM P; Docket # 3 is resolved, and

         2. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: February 25, 2010

                                           /s/ Gregory G. Hollows
                                           _____
                                           UNITED STATES MAGISTRATE JUDGE

john209.ord(2)