1

2

3

4

5

6

7

8

9                          IN THE UNITED STATES DISTRICT COURT

10                        FOR THE EASTERN DISTRICT OF CALIFORNIA

11   BRUCE ELLIS JOHNSON,                        No. CIV S-10-0178 WBS KJM P

12               Petitioner,                     No. CIV S-10-0209 WBS KJM P

13        vs.

14   M. MARTEL,

15               Respondents.          <u>ORDER</u>

16   _____/

17        On February 4, 2010, petitioner (Case No. CIV S-10-0178 WBS KJM P) filed a

18   "Motion To Correct Multiple Case Numbers."  A related review of the court's records indicates

19   that the petition for writ of habeas corpus filed in Civ S-10-0209 WBS KJM P is simply a copy

20   of the one filed in CIV-S-10-0178 WBS KJM P.

21        Therefore, IT IS HEREBY ORDERED that:

22        1. Petitioner's Motion To Correct Multiple Case Numbers (docket no. 6) is

23   granted; and

24        2. The Clerk of the Court is directed to close case CIV S-10-0209 WBS KJM P.

25   DATED: March 1, 2010.

26   1/pa
     john0209.cop
                                        U.S. MAGISTRATE JUDGE